**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 26, 2012.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-12-00379-CV

————————

**IN RE WILMA REYNOLDS, Relator**

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
300th District Court
Brazoria County, Texas
Trial Court Cause No. 48170

## M E M O R A N D U M   O P I N I O N

On April 24, 2012, relator Wilma Reynolds filed a petition for writ of mandamus in this court.  *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52.   Relator seeks to have this court compel the respondent, the Honorable Daniel R. Sklar, a visiting judge assigned to the 300th District Court of Brazoria County, to set aside his April 23, 2012 orders denying relator's motions for enforcement of discovery requests and to require the appearance of a witness, Mark Hansen, at a pre-trial hearing and/or trial.   Relator also asks that we direct the respondent to enforce Rule 11 agreements signed November 9, 2011.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004). We determine the adequacy of an appellate remedy by balancing the benefits of mandamus review against its detriments. *Id.* at 136.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.